# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01794-STV

RAPHAEL CUECHA GARCIA,

      Petitioner,

v.

DIRECTOR, Aurora ICE Processing Center,

      Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Chief Magistrate Judge Scott T. Varholak on June 24, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is GRANTED. It is further

ORDERED that the Respondent shall provide Mr. Garcia with a bond hearing under 8 U.S.C. § 1226(a) within SEVEN DAYS of the date of this Court's order, at which the government shall bear the burden of justifying Mr. Garcia's continued detention. It is further

ORDERED that the Respondent shall file a status report within SEVEN DAYS of the date of this Court's order to certify compliance. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial.

DATED at Denver, Colorado, this <u>24</u><sup>th</sup> day of June, 2026.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

<u> s/S. Chaplin</u>
Deputy Clerk